JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVANTOR INDUSTRY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN SHI OU WEI TE SHANG MAO YOU XIAN GONG SI,<br><br>Defendant. | Case No: 2:21-cv-01820-CAS (KSx)<br><br>**FINAL JUDGMENT**<br><br>Date Action Filed: February 26, 2021 |

Pursuant to the Court's May 2, 2022, Order granting plaintiff's motion for default judgment against defendant and directing the filing of this judgment, IT IS HEREBY ADJUDGED AND DECREED THAT:

1. Defendant shall pay plaintiff damages in the amount of $20,256.96 plus attorney's fees in the amount of $1,815.42, for a total judgment amount of $22,072.38.

/ / /

/ / /

/ / /

/ / /

-1-
[PPROPOSED] FINAL JUDGMENT

2. Defendant is permanently enjoined from using, copying, creating derivative works or otherwise infringing the work registered under Copyright Registration No. TX-8-938-135, dated February 25, 2021.

IT IS SO ADJUDGED AND DECREED.

Dated: June 3, 2022

By: *Christina A. Snyder*
Hon. Christina A. Snyder
United States District Court Judge